UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVAULTA PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL No. 2187

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–44)**

On October 12, 2010, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 746 F.Supp.2d 1362 (J.P.M.L. 2010). Since that time, 208 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of October 12, 2010, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 06, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AVAULTA PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2187

### SCHEDULE CTO–44 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**FLORIDA MIDDLE**

| FLM | 2 | 11–00685 | Hieatzman et al v. C.R. Bard, Inc. et al |
| FLM | 6 | 11–01797 | Duncan et al v. C.R. Bard, Inc. |
| FLM | 8 | 11–02723 | Gonzalez et al v. C. R. Bard, Inc. |

**FLORIDA NORTHERN**

| FLN | 1 | 11–00262 | BARRINEAU v. C R BARD INC |

**GEORGIA NORTHERN**

| GAN | 1 | 11–04324 | Bowles et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04325 | Kirby et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04326 | Kramer v. C. R. Bard, Inc. |
| GAN | 1 | 11–04327 | Shealy v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04328 | Fuller v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04329 | Hamilton v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04330 | Moody v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04332 | Oliva et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04333 | Williams v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04334 | Williams et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04336 | Townsend v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04338 | Halynyj et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04339 | Landry et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11–04340 | Combs v. C. R. Bard Inc. et al |

**MARYLAND**

| MD | 1 | 11–03600 | Taylor et al v. C.R. Bard, Inc. et al |
| MD | 8 | 11–03589 | Ellis v. C.R. Bard, Inc. |

**MISSISSIPPI NORTHERN**

| MSN | 1 | 11–00260 | McKinstry et al v. C.R. Bard, Inc. |
| MSN | 3 | 11–00159 | Mayo v. C. R. Bard, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 11–01243 | Blie v. C.R. Bard, Inc. et al |
| MOW | 4 | 11–01268 | Heitert et al v. C.R. Bard, Inc. et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 0 | 11–03449 | Hargett et al v. CR Bard Inc |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 11–01107 | Fax et al v. CR Bard Inc |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 11–00812 | Cadie, Patricia et al v. C. R. Bard, Inc. |